**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 2, 2016.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-16-00358-CV

---

### HARRIS COUNTY APPRAISAL DISTRICT, Appellant

### V.

### ALEXANDER B. KLEIN, III, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2015-40336**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2016. On May 18, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.